NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


FRANK ALEXANDER PIZZURRO,  )
  )
  Appellant,  )
  )
v.  )  Case No. 2D18-2895
  )
STATE OF FLORIDA,  )
  )
  Appellee.  )
_____)

Opinion filed August 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Katherine Earle Yanes and James E.
Felman of Kynes, Markman & Felman,
P.A., for Appellant.


PER CURIAM.


Affirmed.


SILBERMAN, LaROSE, and BADALAMENTI, JJ., Concur.